JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCOTT CHAPMAN, | Case No.  2:24-CV-02222-AC |
| Plaintiff | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to January 5, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 4, 2024

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  November 04, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

*/s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED:  November 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE