JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCOTT CHAPMAN,<br><br>     Plaintiff<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>     Defendant | Case No.  2:24-CV-02222-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to February 20, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to Plaintiff's counsel's busy briefing schedule in addition to a planned family vacation for the holidays and into the new year.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 19, 2024                JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       */s/Jacqueline A. Forslund*
                                       JACQUELINE A. FORSLUND

                                       Attorney for Plaintiff


Date:  December 19, 2024               PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation, Office 7

                                       */s/ Justin L. Martin*
                                       JUSTIN L. MARTIN
                                       Special Assistant United States Attorney
                                       *By email authorization

                                       Attorney for Defendant


                              ORDER

APPROVED AND SO ORDERED


DATED:  December 23, 2024              _____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE