FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SCOTT CHAPMAN, | ) | Case No.  2:24-CV-02222-AC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| LELAND DUDEK[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 Days to March 22, 2025, for Plaintiff to file his Opening Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the

fact that Plaintiff's counsel is in extreme pain in her lower spine, hips, and legs as her previous

epidural injections have worn off.  She is waiting for insurance authorization for additional injections

to alleviate her pain to the point where she can work again.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Chapman v Dudek**                **Stipulation and Proposed Order**          **E.D. Cal. 2:24-cv-02222-AC**

Respectfully submitted,

Date:  February 19, 2025

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  February 19, 2025

MICHELLE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

*/s/Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED:  February 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE