UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCOTT CHAPMAN, JR., | No. 2:24-cv-2222 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff is proceeding in this Social Security action through counsel. On October 7, 2024, the administrative record in this case was filed. ECF No. 6. Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 3 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on November 6, 2024. The parties stipulated to several extensions of time; the current deadline for plaintiff to file an opening motion is March 22, 2025. ECF No. 14. That date has passed and the motion was not filed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of

///

///

///

1

the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: March 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE