MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAULL SCOTT CHAPMAN, JR., <br>     Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | CIVIL NO. 2:24-cv-02222-AC <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will vacate the final decision, offer Plaintiff an additional hearing, further develop the record as necessary, and issue a new decision. The parties further

Stip. to Remand; 2:24-cv-02222-AC

request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this April 29, 2025

DATED: April 29, 2025         /s/ Jacqueline Anna Forslund*
                              (*as authorized via e-mail on April 29, 2025
                              JACQUELINE ANNA FORSLUND
                              Attorney for Plaintiff

DATED: April 29, 2025         MICHELE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7

                    By:       /s/ Mary Tsai
                              MARY TSAI
                              Special Assistant U.S. Attorney
                              Office of Program Litigation, Office 7
                              Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

DATED: April 29, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:24-cv-02222-AC