1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:     541-419-0074
4  Fax:           541-593-4452
   Email:         jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8

9  PAUL SCOTT CHAPMAN, JR.,         )   Case No.  2:24-CV-02222-AC
                                    )
10        Plaintiff                 )   **STIPULATION AND** ~~PROPOSED~~
                                    )   **ORDER FOR AWARD OF ATTORNEY'S**
11 v.                               )   **FEES AND COSTS PURSUANT TO**
                                    )   **28 U.S.C. §§ 1920 AND 2412(d).**
12 FRANK BISIGNANO,                 )
13 Commissioner of Social Security, )
                                    )
14        Defendant                 )
                                    )
15 _____  )

16
          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of ELEVEN THOUSAND dollars and ZERO cents ($11,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND FIVE dollars and ZERO cents ($405.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

          After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

**Chapman v. Bisignano**          Stipulation and Proposed Order          E.D. Cal. 2:24-cv-02222-AC

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  July 25, 2025                    JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        <u>/s/Jacqueline A. Forslund</u>
                                        JACQUELINE A. FORSLUND
                                        Attorney for Plaintiff

Date:  July 25, 2025                    KIMBERLY A. SANCHEZ
                                        Acting United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7


                                        <u>/s/Julie A.K. Cummings</u>
                                        JULIE A.K. CUMMINGS
                                        Special Assistant United States Attorney
                                        *By email authorization
                                        Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: July 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE